**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam          Date: May 29, 2013
Court Reporter: Gwen Daniel
Probation Officer: Laura D. Ansart          Interpreter: Melinda Gonzalez-Hibner

Criminal Action No.: 12-cr-00328-JLK

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Todd P. Norvell

      Plaintiff,

v.

LUIS EDGAR FLORES-CARRILLO,                 Thomas R. Williamson

      Defendant.

---

**SENTENCING MINUTES**

---

**10:30 a.m.    Court in session.**

Court calls case.  Plaintiff's counsel appears via video conference from Durango.
Defendant's counsel appears in person.  Defendant present in custody.

**Change of Plea Hearing:** March 1, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Interpreter sworn.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make
statements before sentencing.

Comments and rulings by the Court.

*12-cr-00328-JLK*
*Sentencing*
*May 29, 2013*

**ORDERED:** **Government's Motion to Dismiss counts Two Through Seven Of The Indictment (Filed 5/21/13; Doc. No. 38) is GRANTED.**

**ORDERED:** **Defendant's Motion For A Downward Sentencing Variance (Filed 5/15/13; Doc. No. 32) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**
IMPRISONMENT:
Defendant is sentenced as to **Count One** to a term of imprisonment of **30 months**.

**SUPERVISED RELEASE:**

No term shall be imposed.

If the Defendant remains or re-enters the United States illegally, possesses a firearm or illegally possesses a controlled substance, he will be subject to further federal prosecution.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

It is the recommendation of the Court that the Defendant serves his sentence in a Bureau of Prisons facility near Reno, Nevada.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:56 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 26 minutes.